IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION NO.

5:23-CR-00040-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | |
| | ) | **ORDER TO SEAL** |
| | ) | DOCKET ENTRY 36 |
| WILLIAM SCOTT MARTIN, | ) | |

On the motion of the Defendant, William Scott Martin, and for good cause shown, it is ORDERED that Docket Entry 36 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 36.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __30__ day of October 2023.

_____
James C. Dever III
United States District Court Judge